UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GREEN SHIPPING A.S.,

                Plaintiff,

- against -

TOBIQUE FARMS LTD.,

                Defendant.
------------------------------------------------------------X

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

                NONE.

Dated: March 25, 2008
       New York, NY

                              The Plaintiff,
                              GREEN SHIPPING A.S.

                              By: _____
                              Patrick F. Lennon
                              Nancy R. Peterson
                              Anne C. LeVasseur
                              LENNON, MURPHY & LENNON, LLC
                              The Gray Bar Building
                              420 Lexington Avenue, Suite 300
                              New York, NY 10170
                              (212) 490-6050 - phone
                              (212) 490-6070 - fax
                              pfl@lenmur.com
                              nrs@lenmur.com
                              acl@lenmur.com